**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andrew COLSON, Defendant–Appellant.**

**No. 08–10287.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2009.*

Filed March 10, 2009.

Franny A. Forsman, Federal Public Defender, Jason F. Carr, Assistant Federal Public Defender, Las Vegas, NV, for the appellant.

Gregory A. Browner, United States Attorney, Peter S. Levitt, Assistant United States Attorney, Las Vegas, NV, for the appellee.

Before: ALEX KOZINSKI, Chief Judge, HAWKINS and RONALD M. GOULD, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

## ORDER

Andrew Colson ("Colson") appeals from the district court's decision regarding a discretionary reduction of sentence under 18 U.S.C. § 3582(c)(2). Colson acknowledges that the district court's decision is not reviewable under *United States v. Lowe,* 136 F.3d 1231, 1233 (9th Cir.1998), but argues that *Lowe* is no longer good law in light of *United States v. Carty,* 520 F.3d 984 (9th Cir.2008) (en banc).

We find no conflict between *Carty* and *Lowe,* and we affirm that *Lowe* remains binding. Accordingly, the government's motion to dismiss for lack of jurisdiction is granted.

**DISMISSED.**